IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HANAA BEN ABDESSLEM, SOPHIE GALAL, and RAHY CONSULTING S.U.A.R.L., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 11-198-SLR |
| LOOK MODELS INTERNATIONAL, INC. and WOLFGANG SCHWARZ, | ) ) ) ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a), the parties, by and through their undersigned counsel, do hereby stipulate and agree that the above-captioned action is hereby voluntarily dismissed with prejudice. Each party shall bear its own fees and costs.

/s/ Rex A. Donnelly
Rex A. Donnelly (#3492)
RATNERPRESTIA
1007 Orange St.
Suite 1100
P.O. Box 1596
Wilmington, Delaware 19899
(302) 778-2500
radonnelly@ratnerprestia.com

*Attorneys for Hanaa ben Abdesslem, Sophie Galal, and Rahy Consulting S.U.A.R.L.*

Dated: January 11, 2012

/s/ Jason J. Rawnsley
Frederick L. Cottrell, III (#2555)
Steven J. Fineman (#4025)
Jason J. Rawnsley (#5379)
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
cottrell@rlf.com
fineman@rlf.com
rawnsley@rlf.com

*Attorneys for Look Models International Inc. and Wolfgang Schwarz*

RLF1 5758024v. 1